

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CITY OF WATSONVILLE, ) | Case No. 10-CV-02195 JW |
| ) | |
| Plaintiff, ) | **ORDER CONTINUING CASE** |
| ) | **MANAGEMENT CONFERENCE** |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) et. al., ) | |
| Defendants. ) | |

    This case is scheduled for a Case Management Conference on September 20, 2010.  The parties have duly complied with the Court's Civil Local Rules and filed their Joint Case Management Statement.  (Docket Item No. 15.)  Based on the parties' representation, the Court finds good cause to continue the Conference to **November 22, 2010 at 10 a.m.**  On or before **November 12, 2010,** the parties shall file a Joint Case Management Statement.  The Statement shall include, among other things, the status of the parties' settlement negotiation.

Dated:  September 15, 2010

                                                                        _____
                                                                        JAMES WARE
                                                                        United States District Judge