IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The City of Watsonville, | NO. C 10-02195 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| The United States of America, | |
| Defendant. | |

This case is scheduled for a Case Management Conference on November 22, 2010. On September 15, 2010, the Court granted the parties' request for a continuance of the September 20 Case Management Conference, ordering the parties to submit a Joint Statement that included the status of any settlement negotiations. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (See Docket Item No. 20.) The parties' Joint Statement, however, is insufficient for the Court to evaluate the current status of the case.

Accordingly, the Court continues the Case Management Conference to **December 6, 2010 at 10 a.m.** On or before **November 23, 2010**, the parties shall file a detailed Joint Case Management Conference Statement updating the Court as to the status of their settlement or a Stipulated Dismissal. This shall be the parties' final continuance.

Dated: November 16, 2010

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Joseph Smith alsmith@grunskylaw.com
Anna Le Nguyen anguyen@ww-envlaw.com
James A. Scharf james.scharf@usdoj.gov
William David Wick bwick@ww-envlaw.com

**Dated: November 16, 2010**                              **Richard W. Wieking, Clerk**

                                                                             **By:      /s/ JW Chambers**
                                                                                     **Elizabeth Garcia**
                                                                                     **Courtroom Deputy**