Alan J. Smith, Esq. – SBN 87770
GRUNSKY, EBEY, FARRAR & HOWELL
a professional corporation
240 Westgate Drive
Watsonville, CA 95076
Telephone (831)722-2444
Facsimile (831)722-6153

William D. Wick, Esq. – SBN 063462
Anna L. Nguyen, Esq. – SBN 226829
WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612-3572
Telephone (510) 465-5750
Facsimile (510) 465-5697

Attorneys for Plaintiff
CITY OF WATSONVILLE

*IT IS SO ORDERED*
*Judge James Ware*
12/2/2010

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CITY OF WATSONVILLE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No. CV 10-CV-02195 JW<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

　　　Plaintiff and defendant, through their attorneys of record, hereby stipulate and agree that the above-referenced action is voluntarily dismissed without prejudice in its entirety pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii) with each side bearing their own costs and fees.

| | | |
|---|---|---|
| 1 | DATED: December 1, 2010 | WACTOR & WICK LLP |
| 2 | | By: _____/S/_____ |
| 3 | | WILLIAM D. WICK<br>Attorneys for Plaintiff |
| 4 | | THE CITY OF WATSONVILLE |

DATED: December 1, 2010    MELINDA HAAG
United States Attorney

_____/S/_____
JAMES A. SCHARF
Assistant United States Attorney
Attorney for Defendant
UNITED STATES OF AMERICA

IT IS SO ORDERED.

The Case Management Conference set for December 6, 2010 at 10:00 AM is VACATED. The Clerk shall close this file.

Dated: December 2, 2010

*James Ware*
United States District Judge